IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANIEL E. BUCKNER | ) |
| | ) |
| v. | ) NO. 3:07-0795 |
| | ) JUDGE CAMPBELL |
| SHAWN BECK | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 14), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, this action is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b), for Plaintiff's failure to prosecute and failure to keep the Clerk's office informed of his current address.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE